# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| **ELEGANTE, LLC d/b/a ELEGANTE BEAUTY CENTER,** | ) ) ) |
| **a Virginia limited liability company,** | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action 2:22-cv-00273-AWA-RJK |
| **AF and AR, INC., et al.,** | ) ) ) |
| Defendants. | ) ) |

## DEFENDANT'S DESIGNATION OF EXHIBITS

Pursuant to the Trial Scheduling Order entered September 15, 2023, Defendant ANGELA DE LOS SANTOS hereby designates her proposed exhibits (pursuant to Paragraph VIII of the Order).

## EXHIBITS

Defendant reserves the right to use the following exhibits at trial:

1. Picture of Eeleans Beauty Salon

2. Screenshot of Facebook page for Eeleans Beauty Salon.

3. Screenshot of web page for Eeleans Beauty Salon.

4. Video clip showing diversion of Eeleans Facebook page to Elegante Beauty Center.

5. Any exhibit designated by Plaintiff.

Defendant avers that she has provided a copy of Exhibit 1 through 3 to the opposing party. Exhibit 4 is a video clip on Defendant's phone. Defendant has been unable to get

Exhibit 4 into a format available for showing the opposing party, but is working expeditiously to provide the clip to opposing counsel as soon as possible.

Respectfully submitted,
ANGELA R. DE LOS SANTOS

By: ___/s/ W. Hunter Old_____
          Of Counsel

W. Hunter Old (VSB #43076)
    hold@hovplc.com
Kyle Zimmerman (VSB #97304)
    kzimmerman@hovplc.com
HEATH, OLD & VERSER, PLC
11832 Rock Landing Drive, Suite 201
Newport News, VA 23606
(757) 599-0734 (phone)
(757) 599-0735 (fax)
*Counsel for Defendant Angela R. de los Santos*

**CERTIFICATE OF SERVICE**

I hereby certify that this 2nd day of October, 2023, I filed the above pleading with the CM/ECF electronic filing system for this Court, which will generate an electronic notice to:

Duncan G. Byers, Esq.
**BYERS LAW**
1769 Jamestown Road, Suite 120
Williamsburg, Virginia 23185
Direct:     757.317.2779
Facsimile:  757.231.3797
Email: dbyers@dbyerslaw.com
*Counsel for Plaintiff*

_____/s/ W. Hunter Old_____